IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       Plaintiff,

  -v-                                                              24-MC-1

ONE CARTIER AUTOMATIC WATCH 40MM &
BOX, 16CT SEIZED ON OR ABOUT JULY 13, 2023

ONE ROLEX OYSTER PERPETUAL WATCH 31MM,
WITH CRYSTAL STONES 1.75CT & BOX SEIZED
ON OR ABOUT JULY 13, 2023

ONE ROLEX OYSTER PERPETUAL WATCH 41MM,
10K BEZEL & BOX SEIZED ON OR ABOUT
JULY 13, 2023

ONE ROLEX OYSTER PERPETUAL DATE BLUE
WATCH, 40MM & BOX SEIZED ON OR ABOUT
JULY 13, 2023

ONE ROLEX OYSTER PERPETUAL CHAMPAGNE
FACE WATCH 36MM, 18K & BOX SEIZED ON OR
ABOUT JULY 13, 2023

ONE ROLEX OYSTER PERPETUAL BLACK
WATCH 36MM, WITH CRYSTAL STONES 2CT &
BOX SEIZED ON OR ABOUT JULY 13, 2023

       *Defendants in rem.*
_____

**STIPULATION TO EXTEND PLAINTIFF'S TIME
TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION**

       IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Mary Clare Kane, Assistant United States Attorney, of counsel, and Timothy W. Hoover Esq., attorney for putative claimant, Zeid Zeid, that the

government's time to file its Verified Complaint for Forfeiture be extended from January 11, 2024 to February 12, 2024, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

The parties to this Stipulation further agree that the putative claimant may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named property, and in that event, the government shall then have fourteen (14) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

Dated: January __8th__, 2024                    Dated: January __8th__, 2024

    TRINI E. ROSS
    United States Attorney
    Western District of New York

By: __s/Mary Clare Kane__                      By: __s/Timothy W. Hoover__
    Mary Clare Kane                              Timothy W. Hoover, Esq.
    Assistant United States Attorney             561 Franklin Street
    138 Delaware Ave                             Buffalo, NY 14202
    Buffalo, New York 14202                      716-800-2604
    (716) 843-5809                               thoover@hooverdurland.com
    mary.kane@usdoj.gov                          Attorney for Zeid Zeid